## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAL DUDA,                                     :       No. 3:26cv1875
                                                 :
                          Petitioner             :       (Judge Munley)
                                                 :
            v.                                   :
                                                 :
CRAIG A. LOWE, Warden of Pike                    :
County Correctional Facility;                    :
MICHAEL ROSE, Field Office Director              :
for the Philadelphia Field Office of             :
U.S. Immigration and Customs                     :
Enforcement; DAVID J.                            :
VENTURELLA, Senior Official                      :
Performing the Duties of the Director            :
of U.S. Immigration and Customs                  :
Enforcement; MARKWAYNE MULLIN,                   :
Secretary of the U.S. Department                 :
of Homeland Security; TODD                       :
BLANCHE, Attorney General of the                 :
United States,                                   :
                          Respondents            :
.................................................................................

## ORDER

**AND NOW**, to wit, this ___16th___ day of July 2026, for the reasons set forth in

an accompanying memorandum, it is hereby **ORDERED** that:

  1) Michal Duda's petition for writ of habeas corpus pursuant to 28 U.S.C. §

     2241, (Doc. 1), is deemed **DISMISSED** for lack of subject-matter

     jurisdiction;

  2) Duda's motion for a temporary restraining order and preliminary injunction,

     (Doc. 3), is **DENIED AS MOOT**;

3) The court's July 8, 2026 temporary stay, (Doc. 5), is **VACATED**;

4) The hearing scheduled for July 20, 2026 is **CANCELLED**; and

5) The clerk of court is directed to **CLOSE** this case.

BY THE COURT:

_____

JUDGE JULIA K. MUNLEY
United States District Court

2